AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jordan T Revlett<br><br>**Date of Birth:**  XXXXXXXX<br>*Defendant(s)* | Case: 1:21-mj-00130<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/20/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ in the District of  Columbia , the defendant(s) violated:

*Code Section*                                                *Offense Description*

18 U.S.C. 1752(a)(1)-(2) - Unlawful Entry on Restricted Grounds
40 U.S.C. 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Lynda W. Thomas, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  01/20/2021

*Judge's signature*

City and state:  Washington, D.C.                        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*