**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

**CRIMINAL ACTION NO. 1:21-MJ-00130**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**Vs.**

**JORDAN T. REVLETT
     DEFENDANT**

---

**MOTION TO ADMIT OUT OF JURISDICTION ATTORNEY
TO PRACTICE *PRO HAC VICE***

---

    Pursuant to Civil Local Rule 83.2(d), Defendant Jordan T. Revlett moves for the admission and appearance of attorney Bryce L. Caldwell *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Bryce L. Caldwell, filed herewith. As set forth in Mr. Caldwell's declaration, he is admitted and an active member in good standing in the following courts and bars: Commonwealth of Kentucky Bar; the United States District Court for the Eastern District of Kentucky; and the United States District Court for the Western District of Kentucky. This motion is supported and signed by Janet K. DeCosta, an active and sponsoring member of the Bar of this Court.

    **WHEREFORE**, based on the foregoing, the Defendant respectfully moves this Court to Enter an Order granting the relief requested herein.

Respectfully submitted,

/s/ *Janet K. DeCosta*
Janet K. DeCosta
D.C. Bar # 439674
2425 L Street, N.W.
Suite 901
Washington, DC 20037
Telephone: (202) 638-3344
Facsimile: (202) 824-8126
Email: jkdecosta@jkdecosta.com

/s/ *Bryce L. Caldwell*
Bryce L. Caldwell (KY #92874)
Gordon, Goetz, Johnson & Caldwell, PSC
121 West 2nd Street
Owensboro, Kentucky 42303
Office: (270) 684-5757
Cell: (270) 231-7513
Fax: (270) 684-5862
Email: bcaldwell@glofirm.com
*Attorney for Defendant*

## NOTICE

The foregoing will come on for hearing at the discretion of and convenience of the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on February 1st, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

Respectfully submitted,

/s/ *Janet K. DeCosta*
Janet K. DeCosta (D.C. Bar # 439674)