**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CRIMINAL ACTION NO. 1:21-MJ-00130**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**Vs.**

**JORDAN T. REVLETT**                                                          **DEFENDANT**

_____

**DECLARATION OF BRYCE L. CALDWELL**
_____

I, Bryce L. Caldwell, declare the following:

1.  My legal full name is Bryce L. Caldwell;
2.  My law office address is 121 West 2nd Street, Owensboro, Kentucky 42303 and my office telephone number is (270) 684-5757;
3.  I am admitted to the Commonwealth of Kentucky Bar, the United States District Court for the Eastern District of Kentucky and the United States District Court for the Western District of Kentucky;
4.  I have not been disciplined by any bar;
5.  I have not been admitted *pro hac vice* in this Court within the past two (2) years; and
6.  I do not engage in the practice of law from an office located in the District of Columbia, not am I a member of the District of Columbia Bar and there is no application for a membership pending.

**Declaration in lieu of jurat**

(28 U.S.C. §1746)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of February, 2021.

> /s/ *Bryce L. Caldwell*
> Bryce L. Caldwell
> Gordon, Goetz, Johnson & Caldwell, PSC
> 121 West 2nd Street
> Owensboro, Kentucky 42303
> Office: (270) 684-5757
> Fax: (270) 685-5862
> Cell: (270) 231-7513
> Email: bcaldwell@glofirm.com