UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**CRIMINAL ACTION NO. 1:21-MJ-00130**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **Vs.** | |
| **JORDAN T. REVLETT** | **DEFENDANT** |

_____

**NOTICE OF ENTRY OF APPEARANCE**

_____

  Comes the undersigned counsel, who respectfully provides notice to the Court that undersigned counsel shall appear as retained counsel for the Defendant, Jordan T. Revlett, in the above captioned case. Please forward any and all correspondence to the contact information listed below.

                Respectfully submitted,

                <u>/s/ *Bryce L. Caldwell*</u>
                Bryce L. Caldwell (KY #92874)
                Gordon, Goetz, Johnson & Caldwell, PSC
                121 West 2nd Street
                Owensboro, Kentucky 42303
                Office: (270) 684-5757
                Cell: (270) 231-7513
                Fax: (270) 684-5862
                Email: bcaldwell@glofirm.com
                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1st, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

Hon. Candice Wong
Assistant United States Attorney
United States Attorney for District of Columbia
555 4th Street NW
Washington, DC 20530
Candice.Wong@usdoj.gov

                                    Respectfully submitted,

                                    /s/ *Bryce L. Caldwell*
                                    Bryce L. Caldwell (KY #92874)
                                    *Attorney for Defendant*