AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Jordan T Revlett | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Jordan T Revlett _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment  ❑ Superseding Indictment  ❑ Information  ❑ Superseding Information  ☒ Complaint
❑ Probation Violation Petition  ❑ Supervised Release Violation Petition  ❑ Violation Notice  ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)-(2) - Unlawful Entry on Restricted Grounds
40 U.S.C. 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct

2021.01.20
14:56:29 -05'00'

Date:     01/20/2021

*Issuing officer's signature*

City and state:     Washington, D.C.

U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* 1/21/21 , and the person was arrested on *(date)* 1/25/21
at *(city and state)* Owensboro, Ky .

Date: 1/25/21

*Arresting officer's signature*

Jon A. McClelland, SA, FBI
*Printed name and title*